**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 22-6591**

JOEL AARON BURRELL,

Plaintiff - Appellant,

v.

K. TOPHAM, RN; P. WESTBROOK-SCOTT, Health Service Administrator; DOCTOR PATEL; K. BARTON, D.O.N.; MORENO, Doctor; JESSICA HODGES, Nurse Practitioner; P. DOLAN, RN; WELL PATH,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  T.S. Ellis, III, Senior District Judge.  (1:21-cv-00866-TSE-IDD)

Submitted:  September 1, 2023                    Decided:  November 2, 2023

Before NIEMEYER, WYNN, and HEYTENS, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Joel Aaron Burrell, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Joel Aaron Burrell appeals the district court's order dismissing without prejudice his 42 U.S.C. § 1983 complaint under Fed. R. Civ. P. 41(b), for failure to comply with a court order. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *Burrell v. Topham*, No. 1:21-cv-00866-TSE-IDD (E.D. Va. May 6, 2022). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*